# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00146-ODE-GGB
### USA v. Reilly
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 05/13/2014.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 3:10 P.M.          COURT REPORTER: David Ritchie
TIME IN COURT: 1:00                       DEPUTY CLERK: Vicki Hanna
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Deshawn Reilly Present at proceedings |
| ATTORNEY(S) PRESENT: | John Ghose representing USA<br>Steven Sadow representing Deshawn Reilly |
| PROCEEDING CATEGORY: | Appeal Hearing of Magistrate Judge Order(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[19]Motion for Miscellaneous Relief DENIED |
| MINUTE TEXT: | Government's evidence: G-9 & 10, ADMITTED; D-7, 8, 9, 11, 18, 19, ADMITTED; D-10, 12, 13, 14, 15, 16, 17 and 20, REJECTED. Arguments of counsel. The Court affirms Magistrate Walker's Order of Detention. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |