UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES,<br>　　　　Plaintiff<br>v.<br>DESHAWN REILLY,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) | 1:14-MJ-0270 |

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUL 15 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Adam Mark Ruben** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __15__ day of __July__, 20__15__.

_____
UNITED STATES DISTRICT JUDGE